# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ACME MARKETS, INC. | : | No. 24 MAL 2021 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| BEVERLIE R. SELTZER AND | : | |
| PENNSYLVANIA LOTTERY DEPARTMENT | : | |
| OF REVENUE, COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | |
| | : | |
| | : | |
| PETITION OF: BEVERLIE R. SELTZER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.